# First District Court of Appeal
## State of Florida

_____

No. 1D18-532

_____

Lawrence Aubry Kelley,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
Stanley H. Griffis, III, Judge.

March 5, 2019

Per Curiam.

Affirmed.

Wolf, Osterhaus, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.